IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA BUCHANAN, and STEVEN BUCHANAN,<br><br>    Plaintiffs,<br><br> vs.<br><br>MORTON SULLIVAN,<br><br>    Defendant. | 8:20-CV-301<br><br>ORDER |

  This matter is before the Court on Plaintiffs' Motion to Reinstate. Filing 28. Plaintiffs ask the Court to reinstate and rule on the merits of their Motion for a Preliminary Injunction (Filing 5). Filing 28. A day after the Court conducted a hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs advised the Court they had reached a tentative settlement agreement with Defendant. Filing 24. The Court then denied the Motion for Preliminary Injunction as moot without reaching its merits "[i]n light of the parties' pending settlement." Filing 27.

  In response to the present Motion to Reinstate, Defendant suggests a settlement conference is most appropriate, but raises no objection to reinstating Plaintiffs' Motion for Preliminary Injunction. Filing 30. Under Federal Rule of Civil Procedure 60(b)(6), the Court may grant relief from its previous order "on motion and just terms" for "any . . . reason that justifies relief." The Court finds relief from its previous order, Filing 27, denying as moot Plaintiffs' Motion for Preliminary Injunction is justified by the parties' failure to settle the case in thirty days allotted to do so. Accordingly,

  IT IS ORDERED:

    1. Plaintiffs' Motion to Reinstate (Filing 28) is granted; and

    2. Plaintiffs' Motion for Preliminary Injunction (Filing 5) is reinstated;

1

2

Dated this 14th day of January, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge