IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SAMANTHA BUCHANAN, and STEVEN BUCHANAN, | |
|---|---|
| Plaintiffs, | 8:20-CV-301 |
| vs. | ORDER |
| MORTON SULLIVAN, | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion to Release Bond. [Filing 47](). The Court entered a preliminary injunction in this matter on January 15, 2021 and required Plaintiffs to post a bond of $100, $50 each from each Plaintiff. The injunction was made permanent pursuant to the parties' agreement and this matter was dismissed on March 1, 2021. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion to Release Bond, Filing 47, is granted, and the Clerk of the Court is directed to release Plaintiffs' bonds;

2. The Clerk of the Court shall prepare a check for $50 making it payable and mailing it to Steven Buchanan c/o Sherrets Bruno & Vogt, LLC, 260 Regency Parkway Drive, Suite 200, Omaha, NE 68114; and

3. The Clerk of the Court shall prepare another check for $50 making it payable and mailing it to Samantha Buchanan c/o Sherrets Bruno & Vogt, LLC, 260 Regency Parkway Drive, Suite 200, Omaha, NE 68114.

Dated this 15th day of July, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge